IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT JEFFREY MELNICK,<br><br>    Plaintiff,<br><br>  v.<br><br>PARK CITY FAMILY HEALTH CLINIC - INTERMOUNTAIN MEDICAL GROUP and DR. ROBERT BARNETT,<br><br>    Defendants. | CIVIL ACTION<br>NO. 14-3079 |

## ORDER

**AND NOW**, this 17th day of February, 2015, upon consideration of Defendants' Motion to Dismiss or Motion for Summary Judgment (Doc. #5), it is hereby **ORDERED** that the Motion is **GRANTED**. This matter is **DISMISSED WITH PREJUDICE**, and the Clerk shall mark the case closed.

**IT IS FURTHER ORDERED** that no further pleadings shall be docketed or filing fees accepted from Plaintiff in this matter without prior approval of the undersigned.

                 BY THE COURT:

                 **/s/ Jeffrey L. Schmehl**
                 Jeffrey L. Schmehl, J.